Michael H. Bassiri (SBN 191808)
mb@bassirilaw.com
1075 N. Tustin Street, No. 5147
Orange, CA 92863
Telephone (949) 222-0209
Facsimile (949) 229-3721

Attorney for *In pro per*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BASSIRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRUE TASK LLC, a California limited liability company d/b/a YOUR AUTO LINES LLC and YOUR A LINES LLC; CECILIA ROJAS, an individual; RICHARD KENNEDY, an individual; DOES 1 through 10,<br><br>Defendant(s). | CASE NO.   8:21-cv-1342<br><br>**VERIFIED COMPLAINT** |

Plaintiff Michael Bassiri ("Plaintiff" or "Bassiri"), *In pro per*, complains and alleges against Defendants True Task LLC d/b/a; Your Auto Lines LLC and Your A Lines ("True Task"); Cecilia Rojas ("Rojas") and Richard Kennedy ('Kennedy" and collectively with True Task and Rojas "Defendants") as follows:

## NATURE OF THE ACTION

1. Bassiri was the victim of an elaborate fraud based on a non-existent 23

Foot Boston Whaler Dauntless boat ("Boston Whaler"). Through a series of misrepresentations, Defendants created an elaborate scheme to offer for sale the Boston Whaler, which Defendants did not own and based on information and belief did not exist. As a result of Defendants' misrepresentations, Bassiri transferred $39,100 to Defendants' bank account, which if this Court does not intervene to issue a prejudgment writ of attachment, will be lost forever.

2. The fraud began in August 2021, after Bassiri responded to a Craigslist posting of the Boston Whaler. The posting claimed the Boston Whaler was located in Carlsbad, California and was in pristine condition.

3. On August 9, 2021, Bassiri was contacted by Kennedy claiming to be the owner of the Boston Whaler. Kennedy represented that he consigned the Boston Whaler to Your Auto Lines to handle the sale, documentation, and transport. Kennedy provided Bassiri with an Inventory Number, details of a 7-day guarantee and transportation process. Relying on this information, Bassiri registered with Your Auto Lines and started the purchase process. During the process, Bassiri received numerous communications from Kennedy and Your Auto Lines confirming the purchase and was provided a Bill of Sale and Transaction details that included the 7-day guarantee, transportation details and bank information to wire the purchase price to Your A Lines LLC's account at JP Morgan Chase. On August 10, 2021, Bassiri wired $39,100 from his US Bank account to account number 716765752 at JP Morgan Chase. Unbeknownst to Bassiri, account number 716765752 was in the name of Defendant True Task LLC located in 210 Kings Avenue, Chowchilla, CA 93610 organized by Defendant Cecilia Rojas. Bassiri received communication from Your Auto Lines confirming receipt of the funds and that the next step was to schedule transportation. That was the last communication from Defendants regarding transfer and transport of the Boston Whaler and Bassiri's attempts to communicate regarding the same have been futile.

4. The purported sale of the Boston Whaler was a fraudulent scheme and a

scam to steal money.

## THE PARTIES

5. Plaintiff Michael Bassiri is an individual licensed to practice law in this Court and California State Courts and a resident of the City of Orange, Orange County, California.

6. True Task LLC is a California limited liability company, d/b/a Your Auto Lines LLC and Your A Lines LLC, with a principal place of business 210 Kings Avenue, Chowchilla, California 93610 and 701 Brickell Avenue, Suite 450, Miami, FL 33131.

7. Richard Kennedy is an individual who represented himself as the Boston Whaler owner and claims to reside in Boise, Idaho.

## JURISDICTION AND VENUE

8. This Court has jurisdiction over this action under 28 U.S.C. § 1332(a)(2) because there is complete diversity of citizenship between Bassiri, Your A Lines LLC and Kennedy and the amount in controversy taking into punitive damages exceeds $75,000 exclusive of interest and costs.

9. This Court has general personal jurisdiction over True Task LLC because it is a limited liability company with its principal place of business in the state of California. It also has specific personal jurisdiction because the money that was stolen from Bassiri by Defendants was transferred into the state of California and the scheme at issue was carried out, fully or at least in part, in California.

10. Venue is appropriate in the Central District of California because Bassiri is a resident of this District, the money stolen from Bassiri was taken out of this District, the scheme was directed and developed, at least in part, from this District, and the false representations and statements are believed to have been made in or directed from this District. See 28 U.S.C. § 1391(b)(1)-(2).

//
//

CASE NO. 8:21-cv-1342

- 3 -

COMPLAINT

## GENERAL ALLEGATIONS

11.  On or about August 5, 2021, Bassiri replied to a Craiglist Posting advertising for sale a 23 Foot Boston Whaler Dauntless for $31,900. The posting claimed the Boston Whaler was located in Carlsbad, California. Attached hereto as **Exhibit 1** is a true and correct copy of the Craigslist posting.

12.  On August 9, 2021, Bassiri received a response to his inquiry from "Richard Kennedy" claiming to be the owner of the Boston Whaler. Kennedy represented that he was using a third party, Your Auto Lines ("YAL"), to sell the Boston Whaler and provided Bassiri with information on the process to register and complete the sale. Attached hereto as **Exhibit 2** is a true and correct copy of the email.

13.  Bassiri registered with YAL and started the purchase process which appeared to be legitimate. Bassiri received a Bill of Sale and was provided with instructions to pay the $31,900 purchase price. The money was to be wired to "Chase Bank" to the account of "Your A Lines LLC" located in 701 Brickell Ave, Suite 450, Miami, FL 33131, Account No. 716765752, Routing No.021000021. Attached hereto as **Exhibit 3** is a true and correct copy of the Bill of Sale and Transaction Details with wire instructions. On August 10, 2001, Bassiri wired $31,900 from US Bank to the Chase account as he was instructed. Attached hereto as **Exhibit 4** is a true and correct copy of the Wire Confirmation.

14.  After growing suspicious of Defendants due to their failure to deliver the Boston Whaler, Bassiri contacted US Bank and JP Morgan Chase and discovered that unbeknownst to him, the owner of Case Account No. 716765752 is True Task LLC located in Chowchilla, California established April 6, 2021, by Defendant Cecilia Rojas. Attached hereto as **Exhibit 5** is a true and correct copy of the Secretary of State Article of Organization information printout.

15.  Following receipt of Bassiri's money, Defendants vanished without any further response regarding the sale or delivery of the Boston Whaler.

16. This was a scam perpetrated by Defendants to steal money from Bassiri.

## FIRST CLAIM FOR RELIEF

### (For Breach of Contract)

### (Against All Defendants)

17. Bassiri realleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 16, inclusive, as though set forth in full herein.

18. Bassiri, True Task LLC d/b/a Your Auto Line LLC, Your A Line and Kennedy entered a contract for the sale of the Boston Whaler on August 10, 2021.

19. Bassiri fully performed under the contract making the required payment for the Boston Whaler purchase.

20. Defendants have not performed under the contract by failing to transfer or deliver the Boston Whaler to Bassiri.

21. As a proximate cause of Defendants' breach, Bassiri has been harmed in the sum of $31,900.

## SECOND CLAIM FOR RELIEF

### (For Fraud)

### (Against ALL Defendants)

22. Bassiri realleges and incorporated herein by reference each and every allegation set forth in paragraphs 1 through 20, inclusive, as though set forth in full herein.

23. Defendants repeatedly represented to Bassiri that they own and/or are in the possession of the Boston Whaler and upon payment by Bassiri that they would transfer ownership and deliver the Boston Whaler to Bassiri.

24. Defendants made these representations with the intent to induce Bassiri to rely on them and transfer funds to Defendants for the purchase of the Boston Whaler.

25. Bassiri reasonably relied on Defendants' representations after reviewing

1 | Defendants' website and communication.

2 | 26.  Defendants' misrepresentations were made with malice, fraud and oppression.

3 | 27.  Bassiri was harmed by Defendants' fraudulent misrepresentations because Defendants failed to transfer and deliver the Boston Whaler that Bassiri paid for.

## PRAYER

WHEREFOR, Bassiri prays for relief as follows:

A.  For entry of an order granting a prejudgment writ of attachment on True Task LLC's JP Morgan Chase Account No. 716765752 which is subject to attachment pursuant to subdivision (a) of Code of Civil Procedure 487.010, including, but not limited to, deposit accounts at financial institutions pursuant to Code of Civil Procedure Section 488.455, up to an amount of $31,900.00 pursuant to Plaintiff's concurrently filed application for a right to attach order and temporary protective order.

B.  For an immediate preliminary and/or permanent injunction enjoining Defendants and all those acting under their direction or control from any further fraudulent actions;

C.  For an award of damages to Bassiri to compensate it for the harm caused by the Defendants' wrongful actions;

D.  For an award of punitive and exemplary damages in an amount not less than $100,000 and sufficient to punish the Defendants' fraudulent, malicious or oppressive conduct and deter such conduct in the future;

E.  For an award of all costs incurred by Bassiri herein;

F.  For an award of all attorneys' fees incurred by Bassiri herein;

G.  For an award of pre-and post-judgment interest on all amounts awarded;

H.  For any and all such other and further relief as may be just and proper, including, but not limited to, any and all relief that may be available under or

permitted by law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Orange, California on August 13, 2021.

Michael Bassiri